# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 23, 2022

*By the Court*:

| | |
|---|---|
| No. 21-3368 | WILLIAM R. SHAW,<br>        Plaintiff - Appellant<br>v.<br>TERRENCE GORDON, et al.,<br>        Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:19-cv-01059-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

Upon consideration of the **RESPONSE AND CLEARIFICATION IN REGARDS TO SHAW V. TERRENCE GORDON, ET AL., NO. 22-3368**, filed on August 22, 2022 by pro se Appellant William R. Shaw,

**IT IS ORDERED** that the rule show cause is **SUSPENDED** pending the timely filing of a brief by Appellant William R. Shaw.

Briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by September 22, 2022.

2. The brief of the appellees is due by October 24, 2022.

3. The reply brief of the appellant, if any, is due by November 14, 2022.

Failure to file a brief by this due date will result in the dismissal of this appeal for failure to prosecute.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).