WILLIAM ROBERT SHAW      APPEAL NO. 21-3368
       Plaintiff,
v.                                                    PAGE 2 OF 2
TERRENCE GORDON, et al.,  district court no. 19-CV-1059
       Defendants.

PLAINTIFF - APPELLANT WILLIAM ROBERT SHAW'S MOTION FOR
EXTENSION OF TIME TO THE HONORABLE SEVENTH CIRCUIT

COMES NOW Plaintiff - Appellant William Robert Shaw, Sui Juris, (herein Shaw) pursuant to all the provisions of Rule 26 of the Federal Rules of Appellate Procedure, HEREBY MOVES this HONORABLE Court for a Order Extending the Time to file his Brief and Short Appendix, from the date of September 22, 2022 to December 23, 2022 based on several reasons that will be explained within the Declaration, including but not limited to the June and July 2022 incident of the Milwaukee County Jail Facility where it was essentially shut down, allegedly due to "shortages" of employees to work for facility, thus, even the out going and incoming mail was severly delayed.

In that Plaintiff wasn't receiving any of his incoming mail, and was made to stay inside of his room for 48 to 72 hours at a time without anytime out, among other issues such as: 1. the assistant who picks up mail, distributes mail, and sends it out was allegedly on vacation for approximately a month, and Milwaukee County Jail Facility did not have a temporary replacement;

2. the institutional shut down denied Shaw access to sharpen his pencils, the only thing Milwaukee County Jail Facility allows the occupants to write with;

3. Shaw was placed under extreme anxiety and duress by the Milwaukee County Jail Facility, illicitly forcing Shaw to stay in his room for 48 to 78 straight without showering or excercise; etc...

Moreover, Shaw has found evidence of "fraud" / and or of "being defrauded" by attorneys' Ryan J Walsh # 1091821 and Amy C Miller # 1101533 who covertly extracted critical documentary evidence as exhibits without Shaw's consent or knowledge, in that the extent of Walsh and Millers' defraudment

# PLAINTIFF-APPELLANT WILLIAM ROBERT SHAW'S MOTION

PAGE 2 of 2

needs to be investigated, simultaneously while drafting the Brief and Short Appendix and while safeguarding against any other fraudulent actions that may or may not have been committed by Walsh and Miller in this instance.

Thus, for the above reasons Shaw, respectfully requests that this Court grant this Motion. In Support of this Motion is a Declaration of William Robert Shaw.

_____
Shaw ,: William-Robert ;, Sui Juris ©
Authorized Representative
Private Civilian National of the
United States of America, de jure.
non-assumpsit / All Rights Reserved