# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 28, 2023

*By the Court:*

|  | WILLIAM R. SHAW, <br> Plaintiff - Appellant |
|---|---|
| No. 21-3368 | v. |
|  | TERRENCE GORDON, et al., <br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:19-cv-01059-WCG <br> Eastern District of Wisconsin <br> District Judge William C. Griesbach ||

Upon consideration of the **PLAINTIFF-APPELLANT WILLIAM ROBERT SHAWS' MOTION FOR EXTENSION OF TIME TO FILE HIS BRIEF AND SHORT APPENDIX**, filed on March 27, 2023, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by May 31, 2023.

2. The brief of the appellees is due by June 30, 2023.

3. The reply brief of the appellant, if any, is due by July 21, 2023.

In light of the number of extensions of time given in this matter and the length of this extension, the appellant is expected to meet this deadline.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)